

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-13-00086-CR

Style:                Ernest Peter Thomas

                        v. The State of Texas

Date motion filed[*]:    October 17, 2013

Type of motion:       Motion to dismiss second motion for extension of time to file *Anders* response

Party filing motion:    Pro se

Document to be filed:   Anders response

Is appeal accelerated?    No

If motion to extend time:

        Original due date:

        Number of previous extensions granted:           Current Due date:

        Date Requested:

Ordered that motion is:

      ☑      Granted

             If document is to be filed, document due:

            ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐      Other: _____

**On October 8, 2013, appellant filed his second motion for extension of time to file *Anders* response. The Court granted his motion and set the deadline for appellant's response for November 21, 2013. Appellant has now filed a motion to dismiss his second motion for extension of time and states that he no longer desires to file an *Anders* response. The Court grants appellant's motion to dismiss and strikes its October 8, 2013 order granting appellant's second motion for extension of time.**

Judge's signature:   /s/ Evelyn V. Keyes

                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: November 7, 2013